**VICTOR N. PIPPINS**
California State Bar No. 251953
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: Victor_Pippins@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARBARA L. MAJOR)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NESTOR ALVARADO-FLORES,<br><br>Defendant. | ) | CASE NO. 08MJ0291<br><br>**NOTICE OF APPEARANCE AND REPLACEMENT** |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, notice is hereby given that Victor N. Pippins, Federal Defenders of San Diego, Inc., is replacing Timothy R. Garrison as lead counsel in the above-captioned case.

Respectfully submitted,

Dated: February 27, 2008

*/s/ VICTOR N. PIPPINS*
VICTOR N. PIPPINS
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Victor_Pippins@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: February 27, 2008

*/s/ VICTOR N. PIPPINS*

VICTOR N. PIPPINS
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
David_Peterson@fd.org (email)